IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| Martha Ballard, individually and on behalf of all others similarly situated,<br>　　Plaintiff,<br><br>　　v.<br>Southwest Credit System, LP, a Texas limited partnership, and Amsher Collection Services, Inc., an Alabama corporation,<br><br>　　Defendants. | Approved on 12/14/2018<br>s/ William T. Lawrence, Senior Judge<br>Distribution via CM/ECF<br><br>No. 1:18-cv-0019-WTL-TAB |

## STIPULATION OF DISMISSAL

The parties, having reached a settlement of Plaintiff's individual claim with the Defendants, hereby stipulate to the dismissal of her individual claims with prejudice, and dismissal of the claims of the putative class members without prejudice.

Dated: December 13, 2018

One of Plaintiff's Attorneys

/s/ David J. Philipps
David J. Philipps (Ill. Bar No. 06196285)
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60457

One of Defendant Southwest's Attorneys

 /s/ Patrick A. Watts
Patrick A. Watts   (MO Bar No. 61701)
Watts Law Group, LLC
212 S. Bemistoin Avenue
Suite 200
Saint Louis, Missouri 63105

One of Defendant Amsher's Attorneys

 /s/ Morgan I. Marcus
 Morgan I. Marcus (Ill. Bar No. 6309607)
 Sessions Fishman Nathan & Israel, LLC
 120 S. LaSalle Street
 Suite 1960
 Chicago, Illinois 60603